MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
GREGORY BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-068-KJM CKD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REQUESTING ADDITIONAL CONDITIONS OF PRETRIAL RELEASE FOR DEFENDANT CHRISTOPHER YOUNG** |
| v. | |
| AMERICAN BIODIESEL, INC., ETC., ET AL., | Date: April 24, 2018<br>Time: 2:00 p.m.<br>Court: Hon. Carolyn K. Delaney ~~John A. Mendez~~ |
| Defendants. | |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Christopher Young ("Young"), on the other hand, through their respective undersigned attorneys, that the parties request that the Court enter an order adding as additional conditions of Young's pretrial release the following conditions:

1. Young shall not access or attempt to access any database to obtain personal identifying information, including: full or partial name; facial images; home address and/or work addresses; email addresses; all social media accounts, including Facebook, Twitter, Instagram, LinkedIn, and Snapchat; passport number; vehicle registration license plate information; driver's license information; credit card numbers; digital identity; date of birth; birthplace; real property ownership and/or tax records; voter registration information; voter registration information; and/or any telephone number, that can be used on its own or with other

information, to identify, contact, or locate any person: (1) employed or formerly employed by American Biodiesel, Inc., dba Community Fuels; (2) identified in any report produced in discovery in this lawsuit; (3) participating in the investigation, prosecution, and/or adjudication of this case, including any law enforcement personnel, any attorney, legal staff, any judicial officer, and/or court staff; and (4) any immediate family member (mother, father, sibling, child, or spouse) or co-habitant of any person set forth in 1-3 above.

2. The $100,000 bond posted by Young shall serve dual purposes: (a) ensure Young's future appearances at all court hearings, trial, and self-surrender for service of any sentence imposed; and (b) ensure compliance with the condition set forth in Paragraph No. 1 and shall constitute a <u>Vaccaro</u> bond (see United States v. Vaccaro, 51 F.3d 189 (9th Cir. 1995)).

3. Any violation by Young of the condition set forth in Paragraph No. 1 of this stipulation shall subject any bond posted by Young in this case to forfeiture under Federal Rule of Criminal Procedure 46, 18 U.S.C. § 3148, and any other applicable federal law.

4. These additional conditions of pretrial release do not revoke or render inapplicable any other obligation undertaken by Young as a condition of his pretrial release.

Dated: April 24, 2018 /s/ *William J. Portanova*

WILLIAM J. PORTANOVA
Attorney for defendant
Christopher Young
(Per email authorization)

Dated: April 24, 2018 MCGREGOR W. SCOTT
United States Attorney

/s/ *Samuel Wong*
/s/ *Gregory Broderick*
By:
SAMUEL WONG
GREGORY BRODERICK
Assistant United States Attorneys

# ORDER

The Court, having received, read, and considered the stipulation of the parties, ~~and good cause appearing therefrom~~, adopts the stipulation of the parties ~~in its entirety~~ as its Order. It is hereby ORDERED that:

1. Defendant Christopher Young ("Young") shall not access or attempt to access any database to obtain personal identifying information, including: full or partial name; facial images; home address and/or work addresses; email addresses; all social media accounts, including Facebook, Twitter, Instagram, LinkedIn, and Snapchat; passport number; vehicle registration license plate information; driver's license information; credit card numbers; digital identity; date of birth; birthplace; real property ownership and/or tax records; and/or any telephone number, that can be used on its own or with other information, to identify, contact, or locate any person: (1) employed or formerly employed by American Biodiesel, Inc., dba Community Fuels; (2) identified in any report produced in discovery in this lawsuit; (3) participating in the investigation, prosecution, and/or adjudication of this case, including any law enforcement personnel, any attorney, legal staff, any judicial officer, and/or court staff; and (4) any immediate family member (mother, father, sibling, child, or spouse) or co-habitant of any person set forth in 1-3 above.

2. The $100,000 bond posted by Young shall serve dual purposes: (a) ensure Young's future appearances at all court hearings, trial, and self-surrender for service of any sentence imposed; and (b) ensure compliance with the condition set forth in Paragraph No. 1 and shall constitute a <u>Vaccaro</u> bond (see <u>United States v. Vaccaro</u>, 51 F.3d 189 (9th Cir. 1995).

3. Any violation by Young of the condition set forth in Paragraph No. 1. shall subject any bond posted by Young in this case to forfeiture under Federal Rule of Criminal Procedure 46, 18 U.S.C. § 3148, and any other applicable federal law.

///
///
///

STIPULATION & ORDER REQUESTING ADDITIONAL CONDITIONS OF PRETRIAL RELEASE FOR DEFENDANT CHRISTOPHER YOUNG

4. These additional conditions of pretrial release do not revoke or render inapplicable any other obligation undertaken by Young as a condition of his pretrial release.

Dated: 4/25/2018

CAROLYN K. DELANEY
United States Magistrate Judge

5. Alleged violations of this Order shall be heard before the undersigned Magistrate Judge.

STIPULATION & ORDER REQUESTING ADDITIONAL CONDITIONS OF PRETRIAL RELEASE FOR DEFENDANT CHRISTOPHER YOUNG