MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
GREGORY T. BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BIODIESEL, INC., ETC., ET AL.,<br><br>Defendants. | CASE NO. 2:18-CR-068-KJM AC<br><br>**PLAINTIFF'S *EX PARTE* MOTION FOR AN ORDER ALLOWING THE DISCOLOSURE OF GRAND JURY MATERIALS TO THE DEFENSE IN DISCOVERY AND ORDER THEREON**<br><br>Court: Hon. Allison Claire |

Plaintiff United States of America hereby moves *ex parte* the Court for an order allowing the United States to disclose, pursuant to F.R.Crim.P. 6(e)(3)(A)(i) and (E)(i), and 16, and other applicable federal law, to all defendants as discovery grand jury information and documents obtained during the pre-indictment investigation in this case. The United States makes this motion in the abundance of caution because an entity that produced documents and materials in response to grand jury subpoenas previously requested that the United States treat such documents and materials as confidential pursuant to Rule 6(e).

Rule 16(a)(1) directs the United States to provide wide-ranging discovery to defendants:

> **(E) Documents and Objects.** Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents,

PLAINTIFF'S *EX PARTE* MOTION FOR
AN ORDER ALLOWING THE
DISCLOSURE OF GRAND JURY MATERIALS    1

data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and:

    (i) the item is material to preparing the defense;

    (ii) the government intends to use the item in its case-in-chief at trial; or

    (iii) the item was obtained from or belongs to the defendant.

In connection with its pre-indictment investigation, the United States obtained via grand jury subpoena significant amounts of documents and materials that the United States desires to produce to defendants. As respective defense counsel for each defendant can best determine whether any of the documents and materials are relevant to preparing his/her client's defenses, the United States desires to produce all documents and materials produced in response to grand jury subpoenas, subject to an appropriate protective order to protect personal identifying information, to all defendants, pursuant to Rule 16.

All respective counsel for each defendant have informed and authorized counsel for the United States to represent to the Court that each of them have no objection to the United States proceeding *ex parte* on the instant motion to help expedite the production of such documents and materials to each defendant. Counsel for the entity that produced the documents and materials in response to the grand jury subpoenas and previously requested that such documents and materials be treated as confidential pursuant to Rule 6(e) has advised that it now has no objection to the granting of the instant motion.

Accordingly, the United States makes the instant motion *ex parte* and respectfully requests that the Court adopt and enter the order attached below to this motion.

DATED: May 18, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong

SAMUEL WONG
Assistant United States Attorney

# ORDER

The Court, having received, read, and considered plaintiff United States of America's *ex parte* motion for an order allowing the United States to disclose, pursuant to F.R.Crim.P. 6(e)(3)(A)(i) and (E)(i), and 16, and other applicable federal law, to all defendants as discovery grand jury information and documents obtained during the pre-indictment investigation in this case, and good cause appearing therefrom, grants the motion in its entirety.

It is hereby ORDERED that plaintiff United States of America may produce all documents and materials produced in response to grand jury subpoenas, subject to an appropriate protective order to protect personal identifying information, to all defendants.

Dated: 5/18/18

ALLISON CLAIRE
United States Magistrate Judge