# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **2:18CR00068-1** |
| **AMERICAN BIODIESEL, INC.** | Defendant's Attorney: Per A Ramfjord, Retained |

**THE DEFENDANT CORPORATION:**

[✓] pleaded guilty to Counts __1, 11 and 15__ of the Indictment.
[ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant corporation is adjudged guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy **(CLASS D FELONY)** | 12/01/2016 | 1 |
| 33 U.S.C. § 1319(c)(4) | Tampering with Monitoring Equipment **(CLASS E FELONY)** | 07/26/2016 | 11 |
| 33 U.S.C. § 1319(c)(2)(A) | Unlawful Discharge of Industrial Wastewater **(CLASS E FELONY)** | 12/01/2016 | 15 |

The defendant organization is sentenced as provided in pages 2 through __6__ of this judgment.

[ ] The defendant organization has been found not guilty on count(s) ___ .
[✓] Remaining __Counts 2-10, 12-14, and 16__ are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[✓] Appeal rights given.      [✓] Appeal rights waived.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

7/8/2019
Date of Imposition of Judgment

*/s/ Kimberly J. Mueller*

Signature of Judicial Officer
**Kimberly J. Mueller**, United States District Judge
Name & Title of Judicial Officer

7/17/2019
Date

# PROBATION

The defendant corporation is hereby sentenced to probation for a term of:
<u>36 months on each of Counts 1, 11, and 15, all to be served concurrently, for a total term of 36 months</u>.

The defendant corporation shall not commit another federal, state or local crime.

[✓] If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant corporation pay in accordance with the Schedule of Payments sheet of this judgment.

[✓] The defendant corporation must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached pages (if indicated below).

[ ]

[ ]

[ ]

## STANDARD CONDITIONS OF SUPERVISION

1. Within thirty days from the date of this judgment, the defendant corporation shall designate an official of the organization to act as the corporation's representative and to be the primary contact with the probation officer;
2. The defendant corporation shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3. The defendant corporation shall notify the probation officer ten days prior to any change in principal business or mailing address;
4. The defendant corporation shall permit a probation officer to visit the corporation at any of its operating business sites;
5. The defendant corporation shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the corporation;
6. The defendant corporation shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successor or assignees; and
7. The defendant corporation shall not waste nor without permission of the probation officer, sell, assign, or transfer its assets.

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____ Date _____

## SPECIAL CONDITIONS OF PROBATION

1. The defendant corporation shall irrevocably consent to allow the United States Environmental Protection Agency, the Port of Stockton, the City of Stockton Municipal Utilities Department, and San Joaquin County Environmental Health Department and any personnel assisting those agencies, to enter the premises of the defendant's manufacturing plant at 809-C Snedeker Avenue, Stockton, California, at any time, 24 hours a day/every day of the year, with or without notice, and inspect, photograph, video-record, seize, collect, sample, and test any substances and liquids to ensure defendant's compliance with all environmental laws and/or its wastewater discharge permit with the City of Stockton Municipal Utilities.

2. The defendant corporation shall develop and submit to the court an effective compliance and ethics program consistent with USSG § 8B2.1 (Effective Compliance and Ethics Program). American Biodiesel, Inc. shall include in its submission a schedule for implementation of the compliance and ethics program within 90 days of sentencing.

# CRIMINAL MONETARY PENALTIES

The defendant corporation must pay these total criminal monetary penalties under the Schedule of Payments Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $1,200.00 | $401,000.00 | $256,206.00 |

[ ] The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[✓] The court orders the defendant corporation to pay restitution to the victims as outlined in the Restitution Attachment on Sheet 5B.

In addition, the court gives notice that this case involves other defendants, or may involve other defendants, who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future. Such future orders do not increase the amount of restitution ordered against the defendant.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

[✓] Restitution amount ordered pursuant to plea agreement $ 256,206.00

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[✓] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [✓] The interest requirement is waived for the    [✓] fine    [✓] restitution

    [ ] The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

[ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ] If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

## RESTITUTION PAYMENTS

Restitution of $256,206.00, jointly and severally with co-defendant American Biodiesel Inc. (2:18-cr-00068-1), to:

| | |
|---|---|
| CITY OF STOCKTON | PORT OF STOCKTON |
| STOCKTON, CA 95206 | STOCKTON, CA 95203 |
| $7,259.00 | $248,947.00 |

DEFENDANT: **AMERICAN BIODIESEL, INC.**
CASE NUMBER: **2:18CR00068-1**

Page 6 of 6

# SCHEDULE OF PAYMENTS

Having assessed the defendant corporation's ability to pay, payment of the total criminal monetary penalties is due as follows:

A. [ ] Lump sum payment of $ ___ due immediately, balance due

    [ ] Not later than ___, or

    [ ] in accordance    [ ] C,    [ ] D,    [ ] E, or    [ ] F below; or

B. [✓] Payment to begin immediately (may be combined with    [ ] C,    [ ] D,    or [✓] F below); or

C. [ ] Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after the date of this judgment; or

D. [ ] Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E. [ ] Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [✓] Special instructions regarding payment of criminal monetary penalties, specifically the fine: $135,000 due at the time of sentencing, $133,000 due 7/8/2020, and $133,000 due 7/8/2021 as provided by the parties' plea agreement. (See ECF 93)

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] The defendant organization shall pay the cost of prosecution.

[ ] The defendant organization shall pay the following court cost(s):

[ ] The defendant organization shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture is hereby made final as to this defendant and shall be incorporated into the Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.